| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: <br> Law Offices of Brandon A. Block, A Professional Corporation <br> **BRANDON A. BLOCK (Cal. Bar No. 215888)** <br> **9440 Santa Monica Boulevard, Suite 301, Beverly Hills, California 90210** <br> TELEPHONE NO.: **424.600.9454**   FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: **CHAKA TART** | **FOR COURT USE ONLY** |
|---|---|
| **United States District Court, Central District of California** <br> STREET ADDRESS: **255 East Temple St.** <br> MAILING ADDRESS: **255 East Temple St.** <br> CITY AND ZIP CODE: **Los Angeles 90012** <br> BRANCH NAME: **Edward R. Roybal Federal Building** | |
| PLAINTIFF/PETITIONER: **CHAKA TART** | CASE NUMBER: <br> **8:23-CV-628-KES** |
| DEFENDANT/RESPONDENT: **INDEPENDENT RECOVERY, INC ET AL** | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> **REF-12481202** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **SUMMONS; COMPLAINT FOR WORNGFUL REPOSSESSION; NOTICE TO COUNSEL; STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

3. a. Party served *(specify name of party as shown on documents served)*:
      **Independent Recovery, Inc.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
      **JAMES DUANE SENTERS, REGISTERED AGENT**

4. Address where the party was served:
   **28562 Oso Parkway, D326, Rancho Santa Margarita, CA 92688**

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:            at *(time)*:

   b. [X] **by substituted service.** On *(date)*: **04/21/2023** at *(time)*: **1:23 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      **Babak Navabi, I delivered the documents to Babak Navabi who identified themselves as the behalf with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**
      **Mail service behalf , and accept the order said box is active .**

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [X] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

BY FAX

| PLAINTIFF/PETITIONER: CHAKA TART | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: INDEPENDENT RECOVERY, INC ET AL | 8:23-CV-628-KES |

    (4) [X] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*    from *(city):*    or [X] a declaration of mailing is attached.

    (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. [ ] **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*    (2) from *(city):*

    (3) [ ] with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [X] On behalf of *(specify)* **Independent Recovery, Inc. c/o JAMES DUANE SENTERS, REGISTERED AGENT**
   under the following Code of Civil Procedure section:

   | | |
   |---|---|
   | [X] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
   | [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
   | [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
   | [ ] 416.40 (association or partnership) | [ ] 416.90 (authorized person) |
   | [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
   | | [ ] other: |

7. **Person who served papers**
   a. Name: **Ahmad Mujarkesh**
   b. Address: **30252 pacific island drive, 174, Laguna Niguel, CA 92677**
   c. Telephone number: **713-924-8261**
   d. The fee for service was: **$ 75.00**
   e. I am:
     (1) [ ] not a registered California process server.
     (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
     (3) [X] registered California process server:
       (i) [ ] owner  [ ] employee  [X] independent contractor.   For: **ABC Legal Services, LLC**
       (ii) [X] Registration No.: **6228**                               Registration #: **6779**

BY FAX

Page 2 of 3

POS-010 [Rev. January 1, 2007]                **PROOF OF SERVICE OF SUMMONS**                Tracking #: **0105162667**


REF: **REF-12481202**



|   |   |   |   |
|---|---|---|---|
| (iii) [X] County: | **County of Orange** | County: | **Los Angeles** |

8. [X]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ]  **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 04/21/2023

**Ahmad Mujarkesh**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)



| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>Law Offices of Brandon A. Block, A Professional Corporation<br>**BRANDON A. BLOCK (Cal. Bar No. 215888)**<br>**9440 Santa Monica Boulevard, Suite 301, Beverly Hills, California 90210**<br>TELEPHONE NO.: **424.600.9454**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **CHAKA TART** | **FOR COURT USE ONLY** |
|---|---|
| **United States District Court, Central District of California**<br>STREET ADDRESS: **255 East Temple St.**<br>MAILING ADDRESS: **255 East Temple St.**<br>CITY AND ZIP CODE: **Los Angeles 90012**<br>BRANCH NAME: **Edward R. Roybal Federal Building** | |
| PLAINTIFF/PETITIONER: **CHAKA TART** | CASE NUMBER:<br>**8:23-CV-628-KES** |
| DEFENDANT/RESPONDENT: **INDEPENDENT RECOVERY, INC ET AL** | |
| **DECLARATION OF REASONABLE DILIGENCE** | Ref. No. or File No.:<br>**REF-12481202** |

Party to Serve:
**Independent Recovery, Inc. c/o JAMES DUANE SENTERS, REGISTERED AGENT**

Documents:
**SUMMONS; COMPLAINT FOR WORNGFUL REPOSSESSION; NOTICE TO COUNSEL; STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

Service Address:
**28562 Oso Parkway D326, Rancho Santa Margarita, CA 92688**

I declare the following attempts were made to effect service by personal delivery:
**4/18/2023 8:06 PM: I was unable to access the address due to business closed.**

Person who performed diligence:
**Ahmad Mujarkesh**
**30252 pacific island drive 174, Laguna Niguel, CA 92677**
**713-924-8261**

I am a registered California process server
Registration No.:  6228
County:  County of Orange

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: 04/21/2023

Ahmad Mujarkesh
(NAME OF PERSON WHO PERFORMED DILIGENCE)


(SIGNATURE)

BY FAX



| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*<br>Law Offices of Brandon A. Block, A Professional Corporation<br>**BRANDON A. BLOCK** (Cal. Bar No. 215888)<br>**9440 Santa Monica Boulevard, Suite 301, Beverly Hills, California 90210**<br>TELEPHONE NO.: **424.600.9454**   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* **CHAKA TART** | **FOR COURT USE ONLY** |
|---|---|
| **United States District Court, Central District of California**<br>STREET ADDRESS: **255 East Temple St.**<br>MAILING ADDRESS: **255 East Temple St.**<br>CITY AND ZIP CODE: **Los Angeles 90012**<br>BRANCH NAME: **Edward R. Roybal Federal Building** | |
| PLAINTIFF/PETITIONER: **CHAKA TART** | CASE NUMBER:<br>**8:23-CV-628-KES** |
| DEFENDANT/RESPONDENT: **INDEPENDENT RECOVERY, INC ET AL** | |
| **DECLARATION OF MAILING** | Ref. No. or File No.:<br>**REF-12481202** |

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 316 W 2nd St. 3rd Floor, Los Angeles, CA 90012.

That on **April 24, 2023**, after substituted service was made, I mailed the following documents: **SUMMONS; COMPLAINT FOR WORNGFUL REPOSSESSION; NOTICE TO COUNSEL; STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Los Angeles, CA**.

That I addressed the envelope as follows:

**Independent Recovery, Inc.**
**28562 Oso Parkway D326**
**Rancho Santa Margarita, CA 92688**

BY FAX

That I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

That I executed this declaration on 4/24/2023 at Los Angeles, CA.



Declarant: **Jesus Alvarez**, Reg. # 6585

REF: **REF-12481202**

Tracking #: **0105162663**
