JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAKA TART,<br><br>       Plaintiff,<br><br>       v.<br><br>INDEPENDENT RECOVERY, INC.,<br>a California corporation; and<br>DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No. 8:23-cv-00628-JWH-JDEx<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Motion for Default Judgment [ECF No. 12]" filed substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 1367 and 15 U.S.C. § 1692(k).

2. The operative pleading is the Complaint [ECF No. 1] filed by Plaintiff Chaka Tart.

3. Fictitiously named Defendants Does 1-10 are **DISMISSED.**

4. Plaintiff Chaka Tart shall have **JUDGMENT** in her **FAVOR**, and **AGAINST** Defendant Independent Recovery, Inc., in the total amount of **$23,184.50**, which sum consists of $3,260.00 in actual damages; $2,000.00 in statutory damages; $17,347.50 in attorney's fees; and $577.60 in costs.

5. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: August 26, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE