Gregg Roberts
43430 E Florida Ave #F-293
Hemet CA 92544
951-330-4450

Assignee In Pro Per

<table>
<tr><td><b>FILED</b></td></tr>
<tr><td>CLERK, U.S. DISTRICT COURT</td></tr>
<tr><td><b>10/15/2025</b></td></tr>
<tr><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>BY____EC____DEPUTY</td></tr>
<tr><td>DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM</td></tr>
</table>

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chaka Tart, | ) Case No. 8:23-cv-00628-JWH-JDEx |
| Plaintiff, | ) |
| | ) |
| v. | ) **ACKNOWLEDGMENT OF** |
| | ) **ASSIGNMENT OF JUDGMENT** |
| Independent Recovery, Inc., | ) |
| | ) **CA CCP §673** |
| Defendant | ) |

Chaka Tart, Judgment Creditor(s) in the within matter, hereby provide(s) the following in support of an ASSIGNMENT OF JUDGMENT:

1. THAT judgment was entered by this Court in favor of Chaka Tart against Independent Recovery, Inc. on August 26, 2024 in the total amount of $23,184.50 with interest running thereon at the statutory federal rate.

2. THAT the judgment has been entered into the adjudicative records of the above-entitled court, under the case number given above, and has not been renewed.

3. THAT Chaka Tart is/are the Judgment Creditor of Record, with address 43827 Lively Ave, Lancaster CA 93536.

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT

4.  THAT the Judgment Debtor(s) and his/her/their last known address(es) is/are Independent Recovery, Inc., 28562 Oso Pkwy D326, Rancho Santa Margarita, CA 92688.

5.  THAT the Judgment Creditor(s), Chaka Tart, has/have received $0.00 toward the satisfaction of said judgment.

6.  THAT Chaka Tart, Judgment Creditor(s) in the above action, hereby assign(s) all rights, title, interest and ownership of said judgment to:

Gregg Roberts
43430 E Florida Ave #F-293
Hemet CA 92544
951-330-4450

Signed this __10__ day of ____July____, 2025 at

__Paramount / California_____
(City / State)

Signed: _____
Chaka Tart

Notary Acknowledgment attached per CCP 673(c)(1).

Secretary of State Statement of Information also attached if needed.

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ Los Angeles _____ )

On _____ JUL 1 0 2025 _____ before me, _____ Linda Hyun Han, Notary Public _____
(insert name and title of the officer)

personally appeared _____ Chaka Shakan Tart _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)

LINDA HYUN HAN
COMM. #2520805
Notary Public-California
LOS ANGELES COUNTY
My Comm. Expires June 15, 2029