LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (Cal. Bar No. 215888)
brandon@bblocklaw.com
9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Telephone: 424.600.9454
Facsimile: 424.600.9631

Attorneys for Plaintiff
CHAKA TART

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAKA TART,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>INDEPENDENT RECOVERY, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:23-cv-00628 JWH(JDEx)<br><br>**NOTICE OF LIEN**<br><br>Action filed: April 10, 2023<br>Date of Judgment: August 26, 2024 |

**TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** of this lien in favor of Law Offices of Brandon A. Block, A Professional Corporation ("Attorneys") on and against any monies collected or paid in connection with this matter in the amount of $17,925.10 in attorney's fees and costs, based upon the Judgment entered on August 26, 2024 [Dkt. 17] and the legal services rendered and expenses paid by Attorneys pursuant to a contract of representation between Attorneys and plaintiff Chaka Tart, which amount remains outstanding and unsatisfied.

Dated: October 28, 2025

LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION

/s/ Brandon A. Block
Brandon A. Block

Attorneys for Plaintiff
CHAKA TART

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9440 Santa Monica Boulevard, Suite 301, Beverly Hills, CA 90210.

On October 28, 2025, I electronically filed the attached document (and any exhibits noted above) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 28, 2025 at Beverly Hills, California.

/s/ Brandon A. Block
Brandon A. Block